Ifp
No CV 30
L/N

1  _____Mafia Monthly_____ (Full Name)

2  __director@federalarrestwarrant.com__ (Email Address)

3  _____1 Baywood Drive_____ (Address Line 1)

4  _____Newport Beach, CA 92625_____ (Address Line 2)

5  _____888-381-1116_____ (Phone Number)

6  _____Plaintiff_____ in Pro Per
   (indicate Plaintiff or Defendant)

**F I L E D**
CLERK, U.S. DISTRICT COURT
6/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| _____Mafia Monthly_____, | Case No.: __8:21-cv-00990 DOC (KESx)__ |
|---|---|
| **PLAINTIFF**, | (To be supplied by the Clerk) |
| vs. | **COMPLAINT FOR:** |
| _____Feras Antoon (CEO)_____ | __22 U.S.C. § 7102__ |
| _____David Tassillo (COO)_____ | ~. Criminal negligence of Commercial |
| _____MindGeek | Pornhub_____ | Sex Act |
| _____www.pornhub.com_____ | |
| _____Limassol, Cyprus_____ | **Jury Trial Demanded:** ✓ Yes  ☐ No |
| **DEFENDANT(S).** | |

## I. JURISDICTION

1. This Court has jurisdiction under __22 U.S.C. § 7102__
Federal question jurisdiction arises pursuant to 28 U.S.C. § 1391(e)(1)(c)
_____
_____
_____

1
_____
Page Number

## II. VENUE

2. Venue is proper pursuant to  28 U.S.C. § 1391(e)(1)(c)
   - the plaintiff resides

## III. PARTIES

3. Plaintiff's name is  Sean Patrick Patterson . Plaintiff resides at:  1 Baywood Drive, Newport Beach, CA 92625

4. Defendant  Nicki Minaj

5. Defendant  Beyoncé

6. Defendant Meagan Good
*Insert ¶ #*

7. Defendant Rihanna Fenty
*Insert ¶ #*

8. Defendant Doja Cat
*Insert ¶ #*

9. Defendant Billie Eilish
*Insert ¶ #*

## IV. STATEMENT OF FACTS

I. California Commercial ( Television & Internet ) audience is subject to free public access, that violates California age requirements;

II. https://www.pornhub.com/view_video.php?viewkey=ph5fcc53b9d0017

1
2            _Insert ¶ #_
3
4
5
6
7
8
9
10
11
12           _Insert ¶ #_
13
14
15
16
17
18
19
20
21           _Insert ¶ #_
22
23
24
25
26
27
28

*Page Number*

# V. **CAUSES OF ACTION**

## **FIRST CAUSE OF ACTION**

( _____22 U.S.C. § 7102_____ )
*insert title of cause of action*

**(As against Defendant(s):** ____MindGeek | Pornhub et al.____

_____ )

____|_https://www.pornhub.com/view_video.php?viewkey=ph5fcc53b9d0017
*Insert ¶ #*

_____

*Insert ¶ #*

_____

*Insert ¶ #*

## SECOND CAUSE OF ACTION

( Criminal negligence of Commercial Sex Act )
*insert title of cause of action*

(**As against Defendant(s):** MindGeek | Pornhub et al. )

I. California Commercial ( Television & Internet ) audience is subject to free public access, that violates California age requirements;

# THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

___. _____
*Insert ¶ #*
_____
_____
_____
_____

___. _____
*Insert ¶ #*
_____
_____
_____
_____
_____

___. _____
*Insert ¶ #*
_____
_____
_____
_____

_____
*Page Number*

# FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

_____._____
*Insert ¶ #*
_____
_____
_____
_____
_____
_____

_____._____
*Insert ¶ #*
_____
_____
_____
_____
_____
_____

_____._____
*Insert ¶ #*
_____
_____
_____
_____

_____
*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

I. Compensatory damages, including General and special damages, according to proof;

II. Any further relief which the court may deem appropriate

Dated: 6/4/2021

Sign: [signature]

Print Name: Sean Patterson

9

*Page Number*

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 6/4/2021
Sign: *[signature]*
Print Name: Sean Patterson

4831-5981-9291, v. 1